**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Mills

,

Plaintiff(s),

v.

Costco,

Defendant(s).

Case No. 18-cv-300

Judge Robert M. Dow

## **ORDER**

On the Court's own motion and with the agreement of the parties, the Court resets this case for a jury trial to begin on 6/8/2020 at 9:00 a.m. The parties estimate no more than a week for trial. Final pre-trial conference will be held on 5/19/2020 at 10:30 a.m. Proposed final pre-trial order, all motions in limine, and proposed jury instructions are due on 4/28/2020; responses and objections are due on 5/5/2020; replies and proposed voir dire questions are due on 5/12/2020. If the parties are mutually agreeable to a settlement conference with the assigned Magistrate Judge, they may contact Judge Dow's Courtroom Deputy at any time and a referral will be made. Previous trial date of 4/27/2020 is stricken.

Date: 1/27/2020 /s/ Judge Dow