**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Frances Kay Mills
                                               Plaintiff,

v.                                                                       Case No.: 1:18–cv–00300
                                                                      Honorable Robert M. Dow Jr.

Costco Wholesale Corporation
                                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 3, 2020:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motion for dismissal [56] is granted. This action is dismissed with prejudice, and without costs. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.